UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CAMERON INDUSTRIES, INC., :
:
                  Plaintiff, :
:              CIVIL NO.: 06-CV-1999
      - v - :              (BSJ)(HBP)
:
MOTHERS WORK, INC. a/k/a :            **NOTICE OF MOTION**
MOTHERHOOD MATERNITY, :
:
                  Defendant. x
-------------------------------------------------------------------

        PLEASE TAKE NOTICE, that, upon the annexed Declaration of Tamar Y. Duvdevani, Esq., and the exhibits thereto, and the Memorandum of Law in Support of Defendant's Motion for Sanctions against Jed R. Schlacter, Esq., Defendant, through its undersigned counsel, moves this Court for an Order for sanctions against Jed. R. Schlacter, Esq. pursuant to Federal Rule of Civil Procedure 30(3)(d) and 28 U.S.C. § 1927.

Dated: New York, New York
        May 1, 2007

                                              NIXON PEABODY LLP

                            By:   _____
                                              Tamar Y. Duvdevani (TD 7603)
                                              437 Madison Avenue
                                              New York, New York 10022
                                              (212) 940-3000
                                              (212) 940-3111 (fax)

                                              *Attorneys for Defendant*
                                              Mothers Work, Inc.

10550689.1